CONVERSE, Receiver, Appellant, vs. McCAULEY, Respondent.

*October 2—November 10, 1908.*

*Converse v. Hamilton, ante,* p. 589, followed.

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Jones & Schubring,* attorneys, and *C. A. Severance,* of counsel, and oral argument by *B. W. Jones.*

For the respondent there was a brief by *Buell & Lucas,* and oral argument by *C. E. Buell.*

BARNES, J. This case in all material respects is identical with *Converse v. Hamilton, ante,* p. 589, 118 N. W. 190, and is controlled thereby.

*By the Court.*—Judgment affirmed.

TIMLIN, J., dissents.